# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Division Manager

**DATE:** October 18, 2023

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v<br><br>MICHAEL REMALEY,<br>    Defendant. | Case Number: 6:23-cr-109-CEM-EJK |

**U.S.C.A. Case No.:**     **NEW APPEAL**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Carlos E. Mendoza, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

ELIZABETH M. WARREN, CLERK

By:     s/H. Iovino, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-109-CEM-EJK
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)

MICHAEL REMALEY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about October 12, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL REMALEY,

did employ, use, persuade, induce, entice, and coerce a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about October 22, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL REMALEY,

did knowingly distribute child pornography using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and/or 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

2

b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.  The property to be forfeited includes, but is not limited to, the following: an iPhone 12 Pro Max, serial number F2LF8X870D42; and Dell G3 3590 Laptop, serial number 6LPXWZ2.

4.  If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

ROGER B. HANDBERG
United States Attorney

By: _____
Shawn P. Napier
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v

MICHAEL REMALEY

Case Number: 6:23-cr-109-CEM-EJK

USM Number: 67879-510

Mark J. O'Brien, Retained
511 W Bay St Ste 330
Tampa, FL 33606-3533

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Two of the Information. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | October 12, 2021 | One |
| 18 U.S.C. §§ 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | October 22, 2021 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 17, 2023

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

October 18, 2023

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Michael Remaley
6:23-cr-109-CEM-EJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FOUR HUNDRED EIGHTY (480) months**. This term consists of a **THREE HUNDRED SIXTY (360) month term as to Count One and a ONE HUNDRED TWENTY (120) month term as to Count Two, all such terms to run CONSECUTIVELY**.

The Court recommends to the Bureau of Prisons that the defendant be designated at **FCI Coleman** for familial proximity.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

Michael Remaley
6:23-cr-109-CEM-EJK

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **TEN (10) years**. This term consists of a **TEN (10) year term as to Counts One and Two, all such terms to run CONCURRENTLY.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, you must submit to random drug testing not to exceed 104 tests per year.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
5. You must cooperate in the collection of DNA as directed by the probation officer.

6. You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

   The defendant shall also comply with the additional conditions as follows.

Michael Remaley
6:23-cr-109-CEM-EJK

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours**.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____    Date:_____

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Michael Remaley
6:23-cr-109-CEM-EJK

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

4. The defendant shall register with the state sexual offender registration agency(s) in any state where he or she resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

5. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

6. The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

7. Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

8. The defendant shall submit to a search of his or her person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

9. The defendant shall have no contact, direct or indirect, with victims **MV1, MV2, MV3, MV4, MV6, and B.S.**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $200.00, due immediately | *Deferred | Waived | Not Imposed | Not Imposed |

**The determination of restitution is deferred until January 22, 2024.** An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

## SCHEDULE OF PAYMENTS

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Indictment, **Plea Agreement and Order of Forfeiture (Doc. 23)**, that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 6:23-CR-109-CEM-EJK |
| | : | |
| MICHAEL REMALEY | : | |
| _____ | : | |

## **DEFEDANT MICHAEL REMALEY'S NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, MICHAEL REMALEY, and files his notice of appeal as to the judgment and conviction and sentence in the above styled case.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:   (813) 228-6989
E:   mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire

APPEAL, CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:23−cr−00109−CEM−EJK All Defendants

Case title: USA v. Remaley

Date Filed: 06/08/2023

Date Terminated: 10/18/2023

---

Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Embry J. Kidd

**Defendant (1)**

| | |
|---|---|
| **Michael Remaley** <br> *TERMINATED: 10/18/2023* | represented by **Mark J. O'Brien** <br> O'Brien Hatfield, PA <br> 511 W Bay St Ste 330 <br> Tampa, FL 33606−3533 <br> 813/228−6989 <br> Fax: 866/202−5964 <br> Email: mjo@markjobrien.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| SEXUAL EXPLOITATION OF CHILDREN <br> (1) | IMPRISONMENT: 480 months. This term consists of a 360−month term as to Count One and a 120−month term as to Count Two, all such terms to run CONSECUTIVELY; SUPERVISED RELEASE: 10 years. This term consists of a 10−year term as to Counts One and Two, all such terms to run CONCURRENTLY; SPECIAL ASSESSMENT: $200.00; FINE: Waived; JVTA Assessment; Not Imposed; AVAA Assessment; Not Imposed; RESTITUTION: Deferred; DNA |
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO <br> (2) | IMPRISONMENT: 480 months. This term consists of a 360−month term as to Count One and a 120−month term as to Count Two, all such terms to run CONSECUTIVELY; SUPERVISED RELEASE: 10 years. This term consists of a 10−year term as to Counts One and Two, all such terms to run CONCURRENTLY; SPECIAL |

ASSESSMENT: $200.00; FINE: Waived; JVTA Assessment; Not Imposed; AVAA Assessment; Not Imposed; RESTITUTION: Deferred; DNA

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Stephanie Alexa McNeff** |
| | | USAO |
| | | Mdfl |
| | | 400 W Washington St |
| | | Suite 3100 |
| | | Orlando, FL 32801 |
| | | 407–648–7517 |
| | | Email: stephanie.mcneff@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Nicole M. Andrejko** |
| | | US Attorney's Office – FLM |
| | | Suite 3100 |
| | | 400 W Washington St |
| | | Orlando, FL 32801 |
| | | 407/648–7560 |
| | | Fax: 407/648–7643 |
| | | Email: nicole.andrejko@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Shawn P. Napier** |
| | | US Attorney's Office – FLM* |
| | | Suite 3100 |
| | | 400 W Washington St |
| | | Orlando, FL 32801 |
| | | 407/540–3612 |

Fax: 407/648-7643  
Email: shawn.napier@usdoj.gov  
*TERMINATED: 07/11/2023*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | 1 | INFORMATION as to Michael Remaley (1) counts 1, 2. (BCB) (Entered: 06/09/2023) |
| 06/08/2023 | 2 | WAIVER OF INDICTMENT by Michael Remaley (BCB) (Entered: 06/09/2023) |
| 06/08/2023 | 4 | PLEA AGREEMENT re: count(s) 1, 2 of the Information as to Michael Remaley (BCB) (Entered: 06/09/2023) |
| 06/09/2023 | 6 | Remark: Original Plea Agreement returned to AUSA (BCB) (Entered: 06/09/2023) |
| 06/09/2023 | 7 | NOTICE OF HEARING as to Michael Remaley: Change of Plea Hearing set for 7/18/2023 at 10:00 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. Defendant's presence is required. (MEH) (Entered: 06/09/2023) |
| 07/10/2023 | 8 | NOTICE OF HEARING as to Michael Remaley: Initial Appearance set for 7/11/2023 at 01:30 PM in Orlando Courtroom 4 C before Magistrate Judge Embry J. Kidd. (JOR) (Entered: 07/10/2023) |
| 07/11/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE: Mark J. O'Brien appearing for Michael Remaley (O'Brien, Mark) (Entered: 07/11/2023) |
| 07/11/2023 | 10 | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: Initial Appearance as to Michael Remaley held on 7/11/2023. (Digital) (JOR) (Entered: 07/11/2023) |
| 07/11/2023 | 11 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Michael Remaley: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (JOR) (Entered: 07/11/2023) |
| 07/11/2023 | 12 | **ACCEPTANCE OF THE WAIVER OF INDICTMENT as to Michael Remaley. Signed by Magistrate Judge Embry J. Kidd on 7/11/2023. (JOR)** (Entered: 07/11/2023) |
| 07/11/2023 | 13 | ORAL MOTION for Release on Conditions of Release.by USA as to Michael Remaley. (JOR) Motions referred to Magistrate Judge Embry J. Kidd. (Entered: 07/11/2023) |
| 07/11/2023 | 14 | **ENDORSED ORDER granting 13 Oral Motion for Release on Conditions of Release as to Michael Remaley (1). Order Setting Conditions of Release to be entered separately. Signed by Magistrate Judge Embry J. Kidd on 7/11/2023. (JOR) (Entered: 07/11/2023)** |
| 07/11/2023 | 15 | **ORDER Setting Conditions of Release. Signed by Magistrate Judge Embry J. Kidd on 7/11/2023. (JOR)** (Entered: 07/11/2023) |

| 07/11/2023 | 16 | RECEIPT for surrender of Passport as to Michael Remaley. Passport Number: 664105047. Issuing Country: USA. (HR) (Entered: 07/11/2023) |
|---|---|---|
| 07/12/2023 | 17 | Notice of substitution of AUSA. Stephanie Alexa McNeff substituting for Shawn P. Napier. (McNeff, Stephanie) (Entered: 07/12/2023) |
| 07/18/2023 | 19 | Minute Entry for In Person proceedings held before Judge Carlos E. Mendoza: Change of Plea Hearing as to Michael Remaley held on 7/18/2023. Court Reporter: Suzanne L. Trimble (MEH) (Entered: 07/18/2023) |
| 07/18/2023 | 20 | NOTICE OF HEARING as to Michael Remaley: Sentencing set for 10/17/2023 at 10:00 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. Defendant's presence is required. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than October 10, 2023, with the exception that Defense Counsel may file their Sentencing Memorandum no later than October 12, 2023. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. (MEH) (Entered: 07/18/2023) |
| 09/26/2023 | 22 | MOTION for Forfeiture of preliminary order of forfeiture by USA as to Michael Remaley. (Andrejko, Nicole) (Entered: 09/26/2023) |
| 10/05/2023 | 23 | **ORDER granting 22 Motion for Preliminary Order of Forfeiture as to Michael Remaley (1). Signed by Judge Carlos E. Mendoza on 10/5/2023. (MEH)** (Entered: 10/05/2023) |
| 10/11/2023 | 26 | SENTENCING MEMORANDUM by Michael Remaley (O'Brien, Mark) (Entered: 10/11/2023) |
| 10/16/2023 | 27 | PLEA AGREEMENT re: count(s) One and two of the Information as to Michael Remaley (McNeff, Stephanie) (Entered: 10/16/2023) |
| 10/17/2023 | 28 | Minute Entry for In Person proceedings held before Judge Carlos E. Mendoza: SENTENCING held on 10/17/2023 for Michael Remaley (1). Count 1, 2– IMPRISONMENT: 480 months. This term consists of a 360–month term as to Count One and a 120–month term as to Count Two, all such terms to run CONSECUTIVELY; SUPERVISED RELEASE: 10 years. This term consists of a 10–year term as to Counts One and Two, all such terms to run CONCURRENTLY; SPECIAL ASSESSMENT: $200.00; FINE: Waived; JVTA Assessment; Not Imposed; AVAA Assessment; Not Imposed; RESTITUTION: Deferred; DNA. Court Reporter: Suzanne L. Trimble (MEH) (Entered: 10/17/2023) |
| 10/17/2023 | 29 | NOTICE OF HEARING as to Michael Remaley: RESTITUTION HEARING set for 1/22/2024 at 1:30 PM in Orlando Courtroom 5B before Judge Carlos E. Mendoza. Defendant's presence is not required. (MEH) (Entered: 10/17/2023) |
| 10/18/2023 | 30 | **JUDGMENT as to Michael Remaley (1). Count(s) 1 and 2– IMPRISONMENT: 480 months. This term consists of a 360–month term as to Count One and a 120–month term as to Count Two, all such terms to run CONSECUTIVELY; SUPERVISED RELEASE: 10 years. This term consists of a 10–year term as to Counts One and Two, all such terms to run CONCURRENTLY; SPECIAL ASSESSMENT: $200.00; FINE: Waived; JVTA Assessment; Not Imposed; AVAA Assessment; Not Imposed; RESTITUTION: Deferred; DNA. Signed by Judge Carlos E. Mendoza on 10/18/2023. (MEH)** (Entered: 10/18/2023) |
| 10/18/2023 | 32 | NOTICE OF APPEAL by Michael Remaley re 30 Judgment. Filing fee not paid (O'Brien, Mark) (Entered: 10/18/2023) |

| 10/18/2023 | 33 | MOTION to Withdraw as Attorney by Mark J. O'Brien. by Michael Remaley. (O'Brien, Mark) Motions referred to Magistrate Judge Embry J. Kidd. (Entered: 10/18/2023) |